**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 01-7449**

_____

MUHAMMAD ABD SALEEM EURY,

Plaintiff - Appellant,

versus

LESTER BELL, sued in their individual capaci-
ties; RAY WILLIAMS, sued in their individual
capacities; DAVID GAMMINO, sued in their indi-
vidual capacities, TODD STONE, sued in their
individual and official capacities,

Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern Dis-
trict of Virginia, at Norfolk.  Robert G. Doumar, Senior District
Judge.  (CA-01-533-2)

_____

Submitted:  January 17, 2002          Decided:  January 28, 2002

_____

Before WILKINS and KING, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

_____

Dismissed by unpublished per curiam opinion.

_____

Muhammad Abd Saleem Eury, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Muhammad Abd Saleem Eury, a Virginia inmate, appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2001) complaint under 28 U.S.C.A. § 1915A (West Supp. 2001). We have reviewed the record and the district court's opinion and find that this appeal is frivolous. Accordingly, we dismiss the appeal on the reasoning of the district court. See Eury v. Bell, No. CA-01-533-2 (E.D. Va. Aug. 20, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED